**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7188**

---

WILLIE ORLANDO MCKINNON,

Plaintiff - Appellant,

v.

KIMBERLY BROOKE CISSEL; RACHEL DIANE MORRIS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-02809-BAH)

---

Submitted:  February 27, 2025                          Decided:  March 4, 2025

---

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Willie Orlando McKinnon, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Orlando McKinnon appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii), 1915A(b)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *McKinnon v. Cissel*, No. 1:24-cv-02809-BAH (D. Md. Nov. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*